IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SUSAN R. ROBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:13-0035 |
| | ) | Chief Judge Haynes |
| LP CLARKSVILLE, LLC, d/b/a | ) | |
| SIGNATURE HEALTHCARE OF | ) | |
| CLARKSVILLE, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Upon the parties' stipulation of dismissal (Docket Entry No. 6), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is **DISMISSED without prejudice**. Each party to pay its own costs, attorney's fees, and expenses.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 15th day of February, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court