UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| SUSAN R. ROBY | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:13CV0035 |
| | ) | Judge Haynes |
| v. | ) | |
| LP CLARKSVILLE, LLC | ) | |
| Defendant. | ) | |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on February 15, 2013.

KEITH THROCKMORTON, CLERK

s/ Hannah Blaney